**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SUZANNE MACDONALD,
              *Plaintiff-Appellant,*

v.

GRACE CHURCH SEATTLE; PACIFIC
NORTHWEST PRESBYTERY OF THE
PRESBYTERIAN CHURCH IN AMERICA;
PRESBYTERIAN CHURCH IN AMERICA,
              *Defendants-Appellees.*

No. 04-35984

D.C. No.
CV-03-02955-RSL
Western District of
Washington, Seattle

ORDER

Filed September 7, 2006

Before: David R. Thompson, A. Wallace Tashima, and
Consuelo M. Callahan, Circuit Judges.

---

## ORDER

The caption of the Opinion filed on August 11, 2006, is
corrected to name Presbyterian Church in America instead of
Presbyterian Church (U.S.A.).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.